UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVANNY SANCHEZ,<br>*on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>INTERNATIONAL CONCRETE CORP<br>d/b/a INTERNATIONAL CONCRETE,<br>TEAM ONE NYC INC<br>d/b/a INTERNATIONAL CONCRETE,<br>and SAM GLUCK,<br><br>　　　　　　　　　　　　　　　Defendants. | Case No. 1:20-cv-00673<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: February 22, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**LEE LITIGATION GROUP, PLLC**

　　　　　　　　　　　　　By:　　*/s/ C.K. Lee*　　　　　　　　　
　　　　　　　　　　　　　　　　C.K. Lee, Esq.
　　　　　　　　　　　　　　　　Anne Seelig, Esq.
　　　　　　　　　　　　　　　　148 West 24th Street, Eighth Floor
　　　　　　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　　　　　　Tel.: 212-465-1188
　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*