**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOVANNY SANCHEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>                              Plaintiff,<br><br>        -against-<br><br>INTERNATIONAL CONCRETE CORP d/b/a INTERNATIONAL CONCRETE, TEAM ONE NYC INC d/b/a INTERNATIONAL CONCRETE, and SAM GLUCK,<br><br>                              Defendants. | Case No. 1:20-cv-00673<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SERVICE AWARD** |

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Service Award and in the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Service Award, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order granting a service award to Named Plaintiff Jovanny Sanchez in the amount of $15,000, to be paid from the Settlement Fund, in recognition of the services he rendered on behalf of the class, and in exchange for the global release provided, pursuant to the terms of the Parties' Settlement Agreement and Release.

Dated: February 22, 2022                    Respectfully submitted,

                                            **LEE LITIGATION GROUP, PLLC**

                                    By:     */s/ C.K. Lee*
                                            C.K. Lee (CL 4086)
                                            Anne Seelig (AS 3976)

1

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*